NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:  Docket Number 2022-CA-1148

In Re: Medical Review Panel George Abrams (D)

19th Judicial District Court
Case #: 665084
East Baton Rouge Parish

On Application for Rehearing filed on  06/01/2023 by Thomas Abrams

Rehearing ___Denied_____

_____
Mitchell R. Theriot

_____ by CHH
Wayne Ray Chutz

_____
Chris Hester

Date ___JUN 1 4 2023_____

_____
Rodd Naquin, Clerk